**FILED**
NOV 21 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. **19 CR 881** |
|---|---|
| v. | Violations: Title 18, United States Code, Sections 2252A(a)(1) and 2252A(a)(5)(B) |
| HECTOR SANCHEZ-RIOS | |

JUDGE COLEMAN

MAGISTRATE JUDGE GILBERT

## COUNT ONE

The UNITED STATES ATTORNEY charges:

On or about August 20, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

HECTOR SANCHEZ-RIOS,

defendant herein, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer,

In violation of Title 18, United States Code, Section 2252A(a)(1).

1

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about August 20, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

HECTOR SANCHEZ-RIOS,

defendant herein, knowingly possessed material, namely, a Samsung Galaxy S9, bearing serial number R38K405NDJR, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving an image of a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce by any means, including by computer, and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT THREE

The UNITED STATES ATTORNEY further charges:

On or about August 20, 2018, at Addison, in the Northern District of Illinois, Eastern Division,

HECTOR SANCHEZ-RIOS,

defendant herein, knowingly possessed material, namely, a black hard drive, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving an image of a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce by any means, including by computer, and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The UNITED STATES ATTORNEY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, as set forth in this Indictment, defendant shall forfeit to the United States of America any matter that contains visual depictions described in Title 18, United States Code, Section 2252A, and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the aforesaid violations, as provided in Title 18, United States Code, Section 2253.

2. The property to be forfeited includes, but is not limited to, a Samsung Galaxy S9, bearing serial number R38K405NDJR, and a black hard drive seized from the defendant's residence in Addison, Illinois, on or about August 20, 2018.

_____
UNITED STATES ATTORNEY